FILED
2008 APR -1 PM 12:45
BY YNH DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIO ARMANDO REYES-LOPEZ, Defendant. | Criminal Case No. '08 CR 0987 IEG<br>I N D I C T M E N T<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(1)(A)(ii) - Transportation of Illegal Aliens |

The grand jury charges:

Count 1

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Munoz-Mendoza, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

PLS:nlv:Imperial
4/1/08

Count 2

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Juan Munoz-Mendoza, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 3

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Mora-Gutierrez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 4

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jorge Mora-Gutierrez, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United

//

States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 5

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Rivera-Rivera, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 6

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Gabriel Rivera-Rivera, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

Count 7

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Negrete-Cardenas, had not received prior official authorization to come to,

enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 8

On or about March 14, 2008, within the Southern District of California, defendant MARIO ARMANDO REYES-LOPEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Pedro Negrete-Cardenas, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

DATED: April 1, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By: PAUL L. STARITA
Assistant U.S. Attorney