KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219573
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507/(619) 235-2757 (Fax)
Email: paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | Criminal Case No. 08CR0987-IEG<br><br>DATE: May 5, 2008<br>TIME: 2:00 p.m.<br><br>**UNITED STATES' MOTION FOR JUDICIAL INQUIRY INTO POTENTIAL ATTORNEY CONFLICT** |

TO: L. MARCEL STEWART, ESQ., COUNSEL FOR DEFENDANT

PLEASE TAKE NOTICE that on May 5, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, will ask this Court to decide the following motion:

//

//

//

//

//

//

//

//

**MOTION**

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, pursuant to the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby files its Motion for Judicial Inquiry into Potential Attorney Conflict.

This motion is based upon the notice of motion and is supported by the attached statement of facts and memorandum of points and authorities.

DATED: April 21, 2008

Respectfully Submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America
Email: paul.starita@usdoj.gov

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIO ARMANDO REYES-LOPEZ, Defendant. | Criminal Case No. 08CR0987-IEG **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Paul L. Starita, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' MOTION FOR JUDICIAL INQUIRY INTO POTENTIAL ATTORNEY CONFLICT**, together with statement of facts, memorandum of points and authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart, Esq.
   Attorney for Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

None

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008.

*/s/ Paul L. Starita*
PAUL L. STARITA