**U.S. Department of Justice**

***Karen P. Hewitt***
*United States Attorney*
*Southern District of California*

*Paul L. Starita* *(619) 557-6507*
*Assistant United States Attorney* *Fax (619) 235-2757*

*San Diego County Office*
*Federal Office Building*
*880 Front Street, Room 6293*
*San Diego, California 92101-8893*

*Imperial County Office*
*513 Industry Way*
*Suite C*
*Imperial, California 92251*

April 8, 2007

**VIA ELECTRONIC MAIL**

L. Marcel Stewart, Esq.
Law Office of Marcel Stewart
121 Broadway, Suite 349
San Diego, California 92102

Re: United States v. Mario Armando Reyes-Lopez
Criminal Case No. 08CR0987-IEG

Dear Mr. Stewart:

As we discussed in previous telephone conversations, I am writing to inform you of a potential conflict of interest that my exist with your continued representation of Mr. Reyes-Lopez.

On March 14, 2008, Mr. Reyes-Lopez was arrested for alien smuggling in Imperial County, California. On the same date, Francisco Javier Gallegos-Zazueta was arrested for importation of marijuana at the Calexico East, California, Port of Entry. You were subsequently appointed to represent both of these defendants. On April 1, 2008, upon motion by the United States, Magistrate Judge Peter Lewis signed an order dismissing the complaint against Mr. Gallegos-Zazueta, without prejudice, and releasing him from custody. The United States believes that Mr. Reyes-Lopez is a member of or is employed by an organization that smuggles undocumented aliens and narcotics into the United States from Mexico in Imperial County, California. Additionally, the United States believes that, at the time of his arrest, Mr. Gallegos-Zazueta was importing marijuana for this same organization.

Based on our previous telephone conversations, it is my understanding that you have met with both defendants and discussed their respective cases. With regard to Mr. Gallegos-Zazueta, given the current status of his case and our conversations, it is my understanding that your discussions with him were fairly limited. Regardless, the United States believes that a potential conflict of interest exists. By way of example, the United States can envision a scenario in which Mr. Reyes-Lopez could desire to cooperate with the United States and, as a result, provide information implicating Mr. Gallegos-Zazueta in criminal activity. In light of these facts, I feel it is incumbent upon me to alert the Court to this situation so that it may conduct any inquiry that it deems appropriate. I therefore intend to file a motion to inquire into the potential conflict of interest with the Court in the near future.

If you desire to set this matter for a status conference before the Court or if you wish to discuss this matter further, please feel free to contact me.

Sincerely,

KAREN P. HEWITT
United States Attorney

*Paul L. Starita*

PAUL L. STARITA
Assistant United States Attorney