April 9, 2008

**VIA FACSIMILE 619.235.2757 ONLY**
Paul Starita, Esq.
Assistant United States Attorney
United States Attorney's Office
880 Front Street, Ste. 6293
San Diego, California 92101

**RE: *UNITED STATES v.* MARIO ARMANDO REYES-LOPEZ, 08CR0987-IEG**

Dear Paul:

I write in response to your letter of April 8, 2008, concerning a conflict of interest that might exist with my continued representation of Mr. Reyes-Lopez. In light of your letter, yesterday's discussions and my review the CRPC 3-310, I have determined that I do not have a conflict of interest for the following reasons.

As you know, my brief representation of Mr. Gallegos-Zazueta was in Magistrate Case No. 08MJ8237, which is a different matter. Thus, there is no conflict under CRPC 3-310(B)(2). Additionally, while I appreciate the United States' belief that Mr. Gallegos-Zazueta and Mr. Reyes-Lopez are employed by the same organization, this belief does not demonstrate a conflict under CRPC 3-310. Particularly, given that the United States dismissed its case against Mr. Gallegos-Zazueta early on and has not charged him in the instant matter. If the United States has evidence that Mr. Gallegos-Zazueta is involved in the transactions or occurrences giving rise to the instant matter, the United States should so charge or disclose. However, even then, there would be no conflict pursuant to CRPC 3-310(C) provided that someone else represents Mr. Gallegos-Zazueta in this case. Moreover, because I did not obtain any confidential information or discovery about Mr. Gallegos-Zazueta during my brief representation of him that could inure to Mr. Reyes-Lopez's benefit, there is no conflict under CRPC 3-310(B)(3).

Furthermore, a conflict of interest does not arise simply because a party can envision a scenario where a conflict "might" arise. That said, because I do not possess any confidential information about Mr. Gallegos-Zazueta and am not representing him in this case, I cannot envision "any" scenario giving rise to a conflict of interest under CRPC 3-310. Nevertheless, if there are actual facts that you believe demonstrate a conflict of interest, please advise me, so a proper evaluation can be done. But, based on what I know so far, I believe it is unnecessary for me to schedule a status conference will the Court at this time.

If you would like to discuss this or any other matter in this case, please do not hesitate to call.

Sincerely,

L. Marcel Stewart

**LAW OFFICE OF L. MARCEL STEWART**
121 Broadway, Suite 349, San Diego, CA 92101 · (619) 702-4123 (direct line) · lmslaw@att.net