Law Office Of L. Marcel Stewart
L. Marcel Stewart
California Bar No. 250290
121 Broadway, Suite 349
San Diego, CA 92101
Telephone: (619) 702-4123
Facsimile: (619) 515-6336
Email: lmslaw@att.net

Attorney for Mr. Mario Reyes-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ARMANDO REYES-LOPEZ,<br><br>Defendant. | CASE NO. 08CR0987-IEG<br><br>DATE: MAY 5, 2008<br>TIME: 2:00 P.M.<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>1) **COMPEL DISCOVERY AND PRESERVE EVIDENCE;**<br><br>**2) PRODUCE THE GRAND JURY TRANSCRIPT OR, ALTERNATIVELY, CONDUCT AN *IN CAMERA* REVIEW;**<br><br>**3) DISMISS COUNTS 1, 3, 5 AND 7 OF THE INDICTMENT; AND**<br><br>**4) GRANT LEAVE TO FILE FURTHER MOTIONS** |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY, AND
PAUL STARITA, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on May 5, 2008 at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, Mr. Mario Reyes-Lopez, by and through his attorney, L. Marcel Stewart, will ask this Court to enter an order granting motions to:

(1) Compel Discovery and Preserve Evidence; ;

(2) Produce the Grand Jury Transcript Or, Alternatively, to Conduct An *In Camera* Review;

(3) Dismiss Counts 1, 3, 5 and 7; and

(4) Grant Leave to File Further Motions.

These motions are based upon the instant notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: April 21, 2008

/s/ L. Marcel Stewart
L. MARCEL STEWART
Attorney for Mr. Mario Reyes-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | CASE NO. 08CR0987-IEG<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 121 Broadway, Suite 365, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of the foregoing Notice of Motions and Motions to: Compel Discovery and Preserve Evidence; 2) Produce the Grand Jury Transcript or, Alternatively, Conduct An In Camera Review; 3) Dismiss Counts 1, 3, 5 and 7; and 4) Grant Leave to File Further Motions, together with the Defendant's Memorandum of Points and Authorities, on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Paul Starita, Attorney for the Plaintiff United States of America:
   Paul.Starita@us.doj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 21, 2008.

/s/ L. Marcel Stewart
L. MARCEL STEWART