# EXHIBIT

# ONE

U.S. Department of Homeland Security

# REPORT OF INVESTIGATION

| Title | File Number | Date |
|---|---|---|
| Primary Subject : REYES-Lopez, Mario Armando | Event No: [redacted] | 03/14/2008 |
| | | Report Number: 08 ELC/ELS 03-020 |

| Special Agent: (Name) | (Signature) | Office |
|---|---|---|
| JOHNNY PESTANO<br>SENIOR PATROL AGENT | [signature] | ELC/ELS |

| Approved by: (Name and Title) | (Signature) | Office |
|---|---|---|
| DANIEL R. CASTRO<br>Supervisory Border Patrol Agent | [signature] | ELC/ELC |

## SYNOPSIS
## ALIEN SMUGGLING CASE

**PRINCIPAL** ORGANIZATION

NAME Mario Armando REYES-Lopez A# [redacted] D/POB [redacted] MEXICO

ALIAS RACE W SEX M HT 62 WT 245 EYES BRO HAIR BLK

[redacted]

IMM STAT [redacted] SS# FIN [redacted]

**SMUGGLED ALIEN**

NAME Nyelli Josafin CONSECO-Vasquez A# [redacted] D/POB MEXICO

ALIAS RACE SEX F HT 50 WT 100 EYES BRO HAIR BLK

ADDRESS (US) CLAIMS NONE [redacted]

IMM STAT Inadmissable Alien SS# [redacted]

[x] Continued on attached continuation page

**ALIENS**

NUMBER IN LOAD 19 NATIONALITY 19 MEXICO INTENDED DEST Los Angeles, California

CHARGE PER ALIEN Avg. $1,300.00 DATE/PLACE OF ENTRY 03/14/2008 Calexico, California

PLACE OF ARREST .5 MILES WEST OF IMLER RD. AND FORRESTER RD.

DATE OF ARREST 03/14/2008 1040 ARRESTING OFFICER JOHNNY PESTANO

VEHICLE(S) USED 1997 CHEVROLET SILVERADO GRN VINN: 1GCHK33J7VF010001 LIC# CA/8H66183

TOTAL NUMBER OF PRINCIPALS/ASSOCIATES 1 DEPORTABLE/INADMISSABLE 1 NON-DEPORTABLE 0

TOTAL NUMBER OF CONVEYANCES SEIZED 1 ESTIMATED TOTAL VALUE $8,475.00

RECRUITING PROCEDURES-TRAVEL TO BORDER AREA-TO WHOM PAYMENT MADE-STAGING AREAS-MANNER OF ENTRY DROP HOUSES-HOW CHECKPOINTS AVOIDED-ROUTE TO POINT OF ARREST-CONTACTS AT DESTINATION

**U.S. Department of Homeland Security** — **Continuation Page for Form** G166F

| Alien's Name | File Number [redacted] | Date 03/14/2008 |
|---|---|---|

**SMUGGLED ALIEN**

NAME Hilario SANCHEZ-Munoz A# [redacted] D/POB [redacted] MEXICO,MORELOS, MEXICO

ALIAS ______ RACE W SEX M HT 65 WT 175 EYES BLK HAIR BRO

ADDRESS (US) [redacted]

IMM STAT Inadmissable Alien SS# ______ [redacted]

**SMUGGLED ALIEN**

NAME Faustino GONZALEZ-Hernandez A# ______ D/POB [redacted] SANTA CATARINA,GUANAJUATO, MEXICO

ALIAS ______ RACE [redacted]

ADDRESS (US) CLAIMS NONE [redacted]

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Leonel MARTINEZ-Murga A# ______ D/POB [redacted] OAXACA,OAXACA, MEXICO

ALIAS ______ RACE ___ SEX M HT 62 WT 120 EYES BRO HAIR BLK

ADDRESS (US) [redacted]

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Luis SANDOVAL-GAMINO A# ______ D/POB [redacted]GUANAJUATO, MEXICO

ALIAS ______ RACE ___ SEX M HT 69 WT 155 EYES BRO HAIR BLK

ADDRESS (US) [redacted]

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Pedro NEGRETE-CARDENAS [redacted] D/POB [redacted]GUANAJUATO, MEXICO

ALIAS ______ RACE W SEX M HT 65 WT 150 EYES BRO HAIR BLK

ADDRESS (US) SERVICE PROCESSING CENTER, INS [redacted]

EL CENTRO, CALIFORNIA 92243

IMM STAT Inadmissable Alien SS# [redacted]

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO | SENIOR PATROL AGENT |

U.S. Department of Homeland Security

Continuation Page for Form G166F

| Alien's Name | File Number | Date |
|---|---|---|
| | [redacted] Event No: [redacted] | 03/14/2008 |

**SMUGGLED ALIEN**

NAME Eduardo Carlos MORALES-Caciano [redacted] D/POB [redacted] SAN SABASTIAN DE PARISI,PUEBLA, MEXICO

ALIAS ____ RACE W SEX M HT 65 WT 140 EYES BRO HAIR BLK

ADDRESS (US) CLAIMS NONE [redacted]

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Jorge Luis MORA-Gutierrez [redacted] D/POB [redacted]PECHE, MEXICO

ALIAS ____ RACE W SEX M HT 64 WT 150 EYES BRO HAIR BLK

ADDRESS (US) SERVICE PROCESSING CENTER, INS [redacted]

EL CENTRO, CALIFORNIA 92243

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Gabriel SALDANA-Gutierrez [redacted] D/POB [redacted] ABASOLO,GUANAJUATO, MEXICO

ALIAS ____ RACE W SEX M HT 65 WT 140 EYES BRO HAIR BLK

ADDRESS (US) SERVICE PROCESSING CENTER, INS [redacted]

EL CENTRO, CALIFORNIA 92243

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Juan MUNOZ-Mendoza [redacted] D/POB [redacted] CHICNAUAPA,PUEBLA, MEXICO

ALIAS ____ RACE W SEX M HT 66 WT [redacted]

ADDRESS (US) SERVICE PROCESSING CENTER, INS [redacted]

EL CENTRO, CALIFORNIA 92243

IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**

NAME Gabriel RIVERA-Rivera [redacted] D/POB [redacted] TEQUILA,JALISCO, MEXICO

ALIAS ____ RACE W SEX M HT 67 WT 145 EYES BRO HAIR BLK

ADDRESS (US) SERVICE PROCESSING CENTER, DHS [redacted]

EL CENTRO, CALIFORNIA 92243

IMM STAT Inadmissable Alien SS# [redacted]

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO | SENIOR PATROL AGENT |



Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security | Continuation Page for Form G166F

Alien's Name | File Number [redacted] | Date 03/14/2008

**SMUGGLED ALIEN**
NAME Filiberto OCAMPO-Banuellos A# D/POB [redacted] TEQUILA,JALISCO, MEXICO
ALIAS RACE SEX M HT 72 WT 235 EYES BRO HAIR BLK
ADDRESS (US) [redacted]
IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**
NAME Brayan FORTIZ-Hernandez A# D/POB [redacted] SAN MARTIN,PUEBLA, MEXICO
ALIAS RACE SEX M HT 65 WT 120 EYES BRO HAIR BLK
ADDRESS (US) [redacted]
IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**
NAME Ernesto GOMEZ-Osorio A# D/POB [redacted] OAXACA,OAXACA, MEXICO
ALIAS RACE SEX M HT 65 WT 165 EYES BRO HAIR BLK
ADDRESS (US) 2037 PLAMS AVENUE [redacted]
LOS ANGELES, CALIFORNIA
IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**
NAME Fernando RIVERA-Vizcarra A# D/POB [redacted] TEQUILA,JALISCO, MEXICO
ALIAS RACE SEX M HT 65 WT 180 EYES BRO HAIR BLK
ADDRESS (US) CLAIMS NONE [redacted]
IMM STAT Inadmissable Alien SS# [redacted]

**SMUGGLED ALIEN**
NAME Filliberto GARRIDO-Munoz A# D/POB [redacted] CHIGNAHUAPAN,PUEBLA, MEXICO
ALIAS RACE SEX M HT 67 WT 120 EYES BRO HAIR BLK
ADDRESS (US) CLAIMS NONE [redacted]
IMM STAT Inadmissable Alien SS# [redacted]

...(CONTINUED ON NEXT PAGE)

Signature JOHNNY PESTANO | Title SENIOR PATROL AGENT

4 of 11 Pages

U.S. Department of Homeland Security — Continuation Page for Form G166F

| Alien's Name | File Number [redacted] Event No: [redacted] | Date 03/14/2008 |
|---|---|---|

**SMUGGLED ALIEN**

NAME Roberto ORTIZ-HERNANDEZ A# ____ D/POB [redacted] SAN MARTIN,PUEBLA, MEXICO

ALIAS ____ RACE ____ SEX M HT 64 WT 115 EYES BRO HAIR BLK

ADDRESS (US) CLAIMS NONE [redacted]

IMM STAT Inadmissable Alien SS# ____ [redacted]

**SMUGGLED ALIEN**

NAME Cristela GONZALEZ-Jimenez A# ____ D/POB [redacted] SANTA CATARINA,GUANAJUATO, MEXICO

ALIAS ____ RACE ____ SEX F HT 63 WT 130 EYES BRO HAIR BLK

ADDRESS (US) CLAIMS NONE [redacted]

IMM STAT Inadmissable Alien SS# ____ [redacted]

**SMUGGLED ALIEN**

NAME Rodolfo ALVAREZ-Sanchez A# ____ D/POB [redacted]RANGO, MEXICO

ALIAS ____ RACE ____ SEX M HT 69 WT 135 EYES BRO HAIR BLK

ADDRESS (US) ____ [redacted]

IMM STAT Inadmissable Alien SS# ____ [redacted]

Narrative: Report of Investigation
---------------------------------

On March 14, 2008, the El Centro Sector Smuggler Targeting Action Team (ELC/STAT) was conducting anti-smuggling operations in a joint operation with agents from Immigration and Customs Enforcement (ICE), ASAC Calexico, California Border Enforcement Security Task Force (BEST). On duty with ELC/STAT were Supervisory Border Patrol Agent Daniel Castro and Senior Patrol Agents Isaac Cerda, Wayland Penhallegon, Gilbert Hernandez, and myself. All agents involved were working in plain clothes and utilizing unmarked serviced issued vehicles with the exception of myself. I was operating K-83426, a fully marked Border Patrol Ford Truck with fully operational lights and sirens.

At approximately 7:55 AM, SBPA Castro was traveling south on Old Highway 111 toward Evan Hewes Highway when he passed a green Chevrolet Truck that was traveling north on the same road. SBPA Castro was able to see that there were multiple persons inside the cab portion of the truck as they approached each other. SBPA Castro looked at the driver as they passed and noticed that the driver, who was wearing a black hooded sweatshirt, gave a long stare at him. As they passed SBPA Castro also noticed that there was a tarp covering something in the back. SBPA Castro decided to turn around and covertly follow the vehicle to investigate further. ELC/STAT and ICE agents converged toward SBPA Castro to assist in the mobile surveillance of the truck. Agent Gilbert Hernandez was positioned at the intersection...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO | SENIOR PATROL AGENT |

U.S. Department of Homeland Security

Continuation Page for Form G166F

| Alien's Name | File Number [redacted] Event No: [redacted] | Date 03/14/2008 |
|---|---|---|

of Keystone and Dogwood Road, when he and the truck stopped at the stop sign going different directions. Agent Hernandez also noticed that the driver was wearing a black hooded sweatshirt.

At approximately 8:10 AM, SBPA Castro advised me that there was a vehicle possibly loaded with illegal aliens traveling north on Forrester Road from Aten Road. The vehicle was described as a lifted green Chevrolet Silverado Pick-Up truck that was being driven by a Hispanic male with a black hooded sweatshirt. I was positioned in the city of Westmorland and advised SBPA Castro that I would be waiting for the vehicle to reach my location. Forrester Road is a road that runs north from Interstate 8 and circumvents the cities of El Centro, Imperial, and Brawley. In my experience, alien smugglers frequently use this road because it is the most direct route to take that avoids all the surrounding cities and it is scarcely patrolled by law enforcement. There are no lights and stop signs on Forrester Road which provides minimal risk of detection.

As the truck began to travel north on Forrester from Aten Road, Agent Gilbert Hernandez radioed that the truck was traveling behind him. Special Agent Webster with ICE also radioed that he had a visual of the truck and was traveling behind it. Both Agents Hernandez and Webster continued to pace the truck as they traveled toward my location. As they neared the city of Westmorland, Agent Hernandez radioed that the truck had turned west on Andre Road, which is approximately one mile south of Westmorland. I immediately began to travel south from Westmorland in the marked Border Patrol Truck toward Andre Road. As I traveled south I was able to see the green Chevrolet truck traveling west on Andre Road. It was the only vehicle on Andre Road at that time. When I reached Andre Road I turned west and accelerated to catch up to the vehicle.

Agent Cerda radioed that he was located west of my location on Andre Road set up with a Controlled Tire Deflation Device should it be needed to stop the vehicle. ELC/STAT will deploy a CTDD when a vehicle fails to yield to lights and sirens or when it is deemed that the deployment will prevent a pursuit.

Andre Road is an east/west road that can be accessed from the city of Brawley. ELC/STAT agents have apprehended several alien smuggling loads in the past that used Andre Road to access San Felipe Wash, which is north of the Superstition Mountains. San Felipe Wash travels in a northern pattern and parallels Highway 86. The United States Border Patrol has a permanent checkpoint on Highway 86 just 1/4 mile south of Highway 78. Alien smugglers utilize numerous routes to circumvent the Highway 86 Checkpoint and avoid detection. San Felipe Wash is one of these routes used by alien smugglers. Once in San Felipe Wash, smugglers can drive north to Highway 78 and circumvent the Highway 86 Checkpoint.

Once I pulled in directly behind the vehicle on Andre Road, I radioed to El Centro Sector Communication (KAK 840) that the truck was a green Chevrolet Silverado bearing California plate 8H661836. I also noticed that the truck had an aftermarket lift kit on it that would make it ideal for travel through San Felipe Wash. I continued to follow the truck and came to a stop directly behind it when the driver of the truck stopped for the stop sign at the intersection of Andre and Hoskins roads. I immediately noticed a black tarp covering a load of some sort in the bed of the truck. [On the edge of the tarp on the driver's side I was able to see a white tennis shoe sticking out.] In my experience as a Border Patrol Agent, I have apprehended numerous alien loads where alien smugglers have used similar tarps to conceal their illegal human cargo as they travel on the roads and highways. I immediately suspected that the truck was being used to smuggle illegal aliens based on the make of the vehicle, the route it was taking, the tarp in the back, and the tennis shoe I saw sticking out....(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO [signature] | SENIOR PATROL AGENT |

6 of 11 Pages

U.S. Department of Homeland Security

Continuation Page for Form G166F

| Alien's Name | File Number [redacted] Even[redacted] | Date 03/14/2008 |
| --- | --- | --- |

After the truck continued west on Andre Road past Hoskins Road, I activated the overhead lights and sirens of my fully marked Border Patrol Truck. The driver of the truck immediately ignored my lights and sirens and began to accelerate. It was obvious to me that the driver had no intention of stopping as he accelerated and began to drive evasively. I notified El Centro Communication (KAK 840) that the driver of the truck was failing to yield and that I was engaged in a vehicle pursuit.

The driver of the truck continued west on Andre Road until he turned south on a field road which was1/2 mile short of Agent Cerda's position and the CTDD. The road he turned south on was an agriculture access road that is unpaved. The surrounding area was filled with agriculture fields and laterals filled with water. The driver continued to accelerate on the dirt road causing a large dust cloud to trail the truck. My vision was impaired by the large dust cloud which put me at high risk of a vehicle accident while pursuing the truck.

The truck finally slowed when there was a large tractor blocking the road ahead. As he reached the tractor, the driver abruptly stopped the vehicle. I came to a stop directly behind and slightly to the left of the truck within a few seconds of it stopping. I immediately focused on the driver who I could see was wearing a black hooded sweatshirt as he opened the driver's side door. The other three doors also opened up and numerous persons exited and began to run away from the truck. I stayed focused on the driver as he exited the driver's door. I watched him immediately take off the black hooded sweatshirt and run around the back of the truck. I radioed that the driver was wearing black pants and now a blue t-shirt. I was also able to clearly see the driver's face because he ran toward me as he ran around the back side of the truck. I watched as he then entered the passengers side of the truck. It should be noted that he was the only person entering the truck while the majority of the others were exiting and attempting to run. I then recognized the driver as he exited the rear door of the driver's side. The driver attempted to act if he was one of the passengers but I immediately recognized him and grabbed him before he could run. I put the driver, later identified as Mario Armando REYES-Lopez on the ground where Special Agent Don Webster took control of REYES.

I then engaged into a short foot pursuit with the other passengers. ELC/STAT and ICE agents converged to the area and detained all of the persons who were running that numbered 19 in total, excluding the driver. All were escorted back to the scene where the truck had stopped. I identified myself as a Border Patrol Agent and questioned each as to their citizenship. Each freely admitted to being Mexican Citizens without legal immigration documents that would allow them to be in or remain in the United States legally. All nineteen persons were arrested and transported to the El Centro Border Patrol Station for further processing. I identified myself as a Border Patrol Agent to REYES . I questioned REYES as to his citizenship and REYES freely admitted to being a Mexican citizen without legal immigration documents that would allow him to be or remain in the United States legally. REYES was placed under arrest for being in the country illegally and for violation of 8 USC 1324 ALIEN SMUGGLING. REYES was also transported to the El Centro Border Patrol Station for further processing.

REYES showed a blatant disregard for the safety of his passengers as he drove through a busy agricultural industrial area where there was various farm equipment and water trucks in an attempt to abscond. REYES chose to fail to yield and led agents on a pursuit rather than pull over. REYES was the only person in the vehicle who had access to a seatbelt. All nineteen others in the vehicle were either stacked up on each other in the cab or in the bed of the truck.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
| --- | --- |
| JOHNNY PESTANO | SENIOR PATROL AGENT |

U.S. Department of Homeland Security

Continuation Page for Form G166F

| Alien's Name | File Number | Date |
|---|---|---|
| | [redacted] Event No[redacted] | 03/14/2008 |

At the station REYES and the other nineteen illegal aliens were advised of their administrative rights as per form I-826 in the Spanish language by Agent Penahallogen. All said they understood their rights. Agent Penhallegon also advised each of their right to speak with the Mexican Consulate to which each declined.

REYES was then advised that his administrative rights no longer applied to him since he was being criminally prosecuted for violation of 8 USC 1324 ALIEN SMUGGLING.

**********PRINCIPAL/DRIVER'S STATEMENT**********

At the station, an in depth taped interview with Mario Armando REYES-Lopez was conducted at the El Centro Station by Special Agent Paul Lewenthal and Agent Isaac Cerda. REYES was advised of his Miranda Rights in the Spanish language by ICE Special Agent Lewenthal at 11:54 AM. This was witnessed by Agent Cerda. REYES said he understood his rights and was willing to answer questions without the presence of an attorney. REYES was also advised of his Lujan Castro rights. REYES stated that he did not wish to hold anyone on his behalf.

REYES provided the following statements to Agents Lewenthal and Cerda. REYES stated he was born in Michoacan, Mexico and is a citizen of Mexico. REYES said he has lived in Mexicali for the past two years. REYES stated he last illegally entered the United States by walking through the mountains via the "Rumorosa". REYES said he was crossed by a man named "El Chino". REYES said after walking through the mountains they were picked up and that he was taken to a load house in Brawley, California. REYES said he stayed there for seven days. REYES stated that today [he was picked up by "Luis" in the truck and that he already had illegal aliens inside.] REYES described Luis as a juvenile that he knows because Luis is an alien smuggler who he met about one year ago.

REYES said that he saw Luis at the USA Gasoline Station. REYES said that he and Luis went to a field and picked up about nine more illegal aliens. REYES said a green Windstar with Baja California plates had dropped off the aliens. REYES said Luis put the aliens into the truck. REYES said Luis was driving and that he stopped near a ranch and got off. REYES admitted to knowing that all persons inside were illegal aliens and that it was illegal to drive illegal aliens. REYES had $1599 in his possession. REYES said $500 was his for a car he sold in Mexicali. REYES said that Luis gave him $1000 for driving the pickup truck.

REYES said he was told to drive south from Andre Road before he saw the lights. REYES admitted to being apprehended several times prior. [REYES said he was going to pay $1500 to be smuggled to San Bernardino, CA.] REYES said that he was told that he would probably just be sent back to Mexico if he was apprehended.

**********MATERIAL WITNESS #1**********

Juan MUNOZ-Mendoza was one of the smuggled aliens that were apprehended from the truck that was driven by REYES.

Agents Lewenthal and Cerda conducted a taped interview with MUNOZ at the El Centro Border Patrol Station. Below is a synopsis of that sworn statement:

[MUNOZ stated that he illegally entered the United States by jumping the fence this past Wednesday with seven other persons. MUNOZ said they were picked up by a car and then . MUNOZ stated he made arrangements to be smuggled to Thermal, California for the sum of $ 1700.00.MUNOZ said they were then taking to an area with trees. MUNOZ said he stayed there until another car picked them up and took them to another field. MUNOZ said the green truck ...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO | SENIOR PATROL AGENT |



Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security** **Continuation Page for Form** G166F

| Alien's Name | File Number | Date |
|---|---|---|
| | [redacted] | 03/14/2008 |

arrived and picked them up. MUNOZ said he got into the vehicles with the others and that a tarp was put over them. MUNOZ stated he overheard the driver talking on the telephone. MUNOZ stated the truck stopped one time from the time that they initially left but did not hear anybody get out. MUNOZ further stated that he heard the sirens behind them. MUNOZ said the vehicle stopped and that the driver yelled for them to run.

When presented with a six pack photo line-up MUNOZ was not able to identify the driver of the vehicle.

Munoz is being held at held at the Imperial County Jail as a material witness in the 8 USC 1324 case against REYES.

**********MATERIAL WITNESS #2**********

Jorge MORA-Gutierrez was one of the smuggled illegal aliens that were apprehended from the truck that was driven by REYES.

Agents Lewenthal and Cerda conducted a taped interview MORA at the El Centro Border Patrol Station. Below is a synopsis of that sworn statement:

MORA said he illegally entered the country through the mountains near Tecate, Ca. with three other persons and a foot guide. MORA stated he made arrangements in Tijuana, Mexico to be smuggled to Los Angeles, Ca. for the sum of $2000.00. MORA said he walked five hours before they reached I-8 where they were picked up and then taken to a small room at an unknown location. MORA said he and four to five others were placed in the cab of the truck this morning and then covered by a blanket. MORA said he was in the vehicle for approximately 30 to 40 minutes. MORA said that the vehicle never stopped from the time they left and that nobody got in or out of the vehicle. MORA stated he heard sirens behind them. MORA said there were no seat belts for them and that he was afraid and nervous from the way the driver was driving.

When presented with a six pack photo line-up, MORA was not able to identify the driver of the vehicle.

MORA is being held at held at the Imperial County Jail as a material witness in the 8 USC 1324 case against REYES.

**********MATERIAL WITNESS #3**********

Gabriel RIVERA-Rivera was one of the smuggled illegal aliens that were apprehended from the truck that was driven by REYES.

Agents Lewenthal and Cerda conducted a taped interview RIVERA at the El Centro Border Patrol Station. Below is a synopsis of that sworn statement:

RIVERA said he made arrangements with an unidentified smuggler yesterday in Mexicali, Mexico to be illegally smuggled to Los Angeles, California for approximately $2000 to $2500. RIVERA stated that he was taken to the mountains where he and approximately seven others illegally crossed into the United States and walked for about three hours. RIVERA said they loaded into a car and were taken to a house. RIVERA said he was immediately loaded into the back of the truck with approximately 7 to 8 others. RIVERA stated they were then covered by a black tarp and were told not to talk or move. RIVERA stated that he heard the siren behind them. RIVERA also said that the driver was driving very fast and that he was scared that they might crash.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO | SENIOR PATROL AGENT |

U.S. Department of Homeland Security

Continuation Page for Form G166F

| Alien's Name | File Number [redacted] | Date 03/14/2008 |
|---|---|---|

When presented with a six pack photo line-up, RIVERA was not able to identify the driver of the vehicle.

RIVERA is being held at held at the Imperial County Jail as a material witness in the 8 USC 1324 case against REYES.

**********MATERIAL WITNESS #4**********
Pedro NEGRETE-Cardenas was one of the smuggled illegal aliens that were apprehended from the truck that was driven by REYES.

Agents Lewenthal and Cerda conducted a taped interview with NEGRETE at the El Centro Border Patrol Station. Below is a synopsis of that sworn statement:

NEGRETE stated he illegally crossed yesterday into the United States by rafting across a canal in a raft. NEGRETE said he and three others were loaded into a large car and taken to a house. NEGRETE described it as a garage. NEGRETE said they were approximately twenty other people already there. NEGRETE said he arrived there between 10 and 12 at night. NEGRETE said people continuously came and left through the night. NEGRETE said he was told to get into the bed of the truck this morning and lay down. NEGRETE said approximately six other people were lying in the bed of the truck with him. NEGRETE said "Pedro" had woken him up and asked him for his name and house telephone number because they needed to receive $2500 to take him to Los Angeles. NEGRETE said they were covered by a tarp and that the truck left. NEGRETE said there were no seat belts in the bed of the truck. NEGRETE said he heard the sirens and the driver began to go faster. NEGRETE said the truck stopped and he got out and ran.

NEGRETE described the load house as an empty garage with only people inside. He stated it had a fence with an older looking house.

When presented with a six pack photo line-up, NEGRETE was not able to identify the driver of the vehicle.

NEGRETE is being held at held at the Imperial County Jail as a material witness in the 8 USC 1324 case against REYES.

**********STATEMENT PROVIDED BY SADANA-GUTIERREZ, GABRIEL AN ILLEGAL ALIEN SMUGGLLED BY REYES **********
Gabriel SADANA-Gutierrez was one of the smuggled illegal aliens that were apprehended from the truck that was driven by REYES.

Agents Lewenthal and Cerda conducted a taped interview SADANA at the El Centro Border Patrol Station. Below is a synopsis of that sworn statement:

SALDANA stated he was born in Navasolu, Guanajuato, Mexico on April, 4 , 1986. SALDANA stated he last entered the United States illegally on March 13, 2008 through the desert with three other subjects. SALDANA made arrangements with a person in Mexicali to cross illegally. SALDANA stated he was to pay a smuggling fee of $2,000.00. SALDANA'S family planned to pay the smuggling fee in Woodland, CA. Upon crossing the international boundary SALDANA stated he passed a road and continued traveling until reaching another road. SALDANA was then picked up by a vehicle, transported to a house, and placed into a room. SALDANA stated there were about seven people in the room with him. SALDANA left the house on today's date at approximately 7:00 A.M. He was instructed to get into a green pickup with ...(CONTINUED ON NEXT PAGE)

| Signature | Title |
|---|---|
| JOHNNY PESTANO | SENIOR PATROL AGENT |

10 of 11 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form G166F

| Alien's Name | File Number | Date |
| --- | --- | --- |
| | [redacted] | 03/14/2008 |

a double cab. SALDANA was seated in the back seat behind the driver. SALDANA stated there were other people in the cab of the truck and in the bed of the truck. SALDANA further stated he never saw the driver of the truck.

When presented a photo six photo line-up, SALDANA was not able to identify the driver of the vehicle.

SALDANA was granted voluntary return after it was discovered that he was traveling with his minor juvenile nephew.

The prosecution of REYES was approved by Assistant United States Attorney Paul Starita.

The driver, MARIO ARMANDO REYES-LOPEZ is being held at the Imperial County Jail pending prosecution for violation of 8 USC 1324 ALIEN SMUGGLING.

The $1599 that was in REYES' possession was seized as due to being proceeds fom illicit alien smuggling activities.

MUNOZ, MORA, RIVERA, and NEGRETE are being held at the Imperial County Jail as material witnesses in the 8 USC 1324 case against REYES.

Francisco Javier TORRES-Gallardo, a smuggled alien, was processed for an Expedited Removal. Hilario SANCHEZ-Munoz was also processed for an Expedited Removal.

The vehicle was seized for its use as a conveyance in violation of 8 USC 1324 ALIEN SMUGGLING. Approval for the seizure was given by Supervisory Border Patrol Agent Daniel Castro.

CBP FORM 6051 #[redacted] issued. A seven point inspection on the vehicle was conducted by Senior Patrol Agent Isaac Cerda. An appendix C was also completed.

A 72-hour lane check on the truck was negative.

VEHICLE INFO
1997 Chevrolet Silverado
CA/8H66183
Vin # 1GCHK33J7VF010001

R/O John J Osborne
[redacted]

| Signature | Title |
| --- | --- |
| JOHNNY PESTANO | SENIOR PATROL AGENT |



Form I-831 Continuation Page (Rev. 08/01/07)