Law Office Of L. Marcel Stewart
L. Marcel Stewart
California Bar No. 250290
121 Broadway, Suite 349
San Diego, CA 92101
Telephone: (619) 702-4123
Facsimile: (619) 515-6336
Email: lmslaw@att.net

Attorney for Mr. Mario Reyes-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | CASE NO. 08CR0987-IEG<br><br>DATE: MAY 5, 2008<br>TIME: 2:00 P.M.<br><br>**DEFENDANT REYES-LOPEZ'S RESPONSE AND OPPOSITION TO THE UNITED STATES' MOTION FOR JUDICIAL INQUIRY INTO POTENTIAL ATTORNEY CONFLICT** |

**I.**

**STATEMENT OF FACTS**

I was appointed to represent two individuals charged with distinct crimes in different cases. On or about March 14, 2008, I was appointed to represent Javier Francisco Gallegos-Zazueta who was charged in Magistrate Case No. 08MJ8237 with importation of marijuana. After meeting with Mr. Gallegos-Zazueta, yet before receipt of any discovery, the case was dismissed on April 1, 2008. I was also appointed to represent Mr. Mario Armando Reyes-Lopez who was charged in the instant case with alien smuggling.

By telephone conversation and letter of April 8, 2008, the Government informed me of its belief that a potential conflict of interest existed; yet, the Government has not provided <u>any</u> information to substantiate its claim. Instead, that Government simply shared its belief that both individuals were working for the same organization.

## II.

## THERE IS NO CONFLICT OF INTEREST

**A. The Government Has Not Demonstrated That a Conflict Exists**

The Government's motion is devoid of any facts demonstrating a conflict of interest. Instead, the Government contends that there is a potential conflict. The Government's argument is that my current client "could, possibly" know of criminal activity by Mr. Gallegos-Zazueta, an individual who is not accused of any crime, but who I briefly represented. This argument is nothing more than speculation and conjecture. Moreover, the Government fails to cite any ethical rules for support. Instead, the Government discusses legal principles with little or no application. See Gov't Mot. at 2-5.

**B. No Conflict Exists Under The Rules of Professional Conduct**

California Rule of Professional Conduct 3-310 governs conflicts of interests by attorneys licensed in California. Here, the Government's belief that Mr. Reyes-Lopez "could" possess information about Mr. Gallegos-Zazueta does not give rise to a conflict under CRPC 3-310. California Rule of Professional Conduct 3-310(C) precludes representation of more than one client in a matter in which the interests potentially conflict or where the interests actually conflict. See CRPC 3-310(C). Because my brief representation of Mr. Gallegos-Zazueta was in Magistrate Case No. 08MJ8237, which is a different matter, CRPC 3-310(C) is not implicated.

Similarly, there is no conflict under CPRC 3-310(B)(2), which states that "[a] member shall not accept or continue representation of a client without providing written disclosure to the client where: . . . (2) The member knows or reasonably should know that: (a) the member previously has a legal . . . relationship with a party . . . in the same matter; and (b) the previous relationship would substantially affect the member's representation." CRPC 3-310(B)(2)(b) (emphasis added). Again, I never represented these individuals in the same matter and I did not obtain any confidences or discovery in my short representation of Mr. Gallegos-Zazueta that would substantially affect my current representation of Mr. Reyes-Lopez.

Finally, outside of speculation and conjecture the Government has not presented any information demonstrating that my representation of Mr. Reyes-Lopez is adverse to my prior

representation of Mr. Gallegos-Zazueta. Thus, informed written consent is not required under CRPC 3-310(E).

For the foregoing reasons, Mr. Reyes-Lopez respectfully moves this Court to deny the Government's motion without further inquiry.

Dated: April 28, 2008

/s/ L. Marcel Stewart
L. MARCEL STEWART
Attorney for Mr. Reyes-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | ) | CASE NO. 08CR0987-IEG<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, L. MARCEL STEWART, am a citizen of the United States and am at least eighteen years of age. My business address is 121 Broadway, Suite 365, San Diego, California 92101.

I am not a party to the above-entitled action. I have caused service of DEFENDANT REYES-LOPEZ'S RESPONSE AND OPPOSITION TO THE UNITED STATES' MOTION FOR JUDICIAL INQUIRY INTO POTENTIAL ATTORNEY CONFLICT, on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Paul Starita, Attorney for the Plaintiff United States of America: Paul.Starita@us.doj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 28, 2008.

/s/ L. Marcel Stewart
L. MARCEL STEWART