KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant United States Attorney
California State Bar No. 219573
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507 / Fax: (619) 235-2757
Email: paul.starita@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ARMANDO REYES-LOPEZ,<br><br>Defendant. | ) | Criminal Case No. 08CR0987-IEG<br><br>**UNITED STATES' MOTION TO DISMISS COUNTS 1, 3, 5, AND 7 OF INDICTMENT WITHOUT PREJUDICE** |

COMES NOW the Plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, respectfully requests pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the Court dismiss without prejudice Counts 1, 3, 5, and 7 of the Indictment in the above-entitled case. This motion is made in the interest of justice.

DATED: May 16, 2008.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

*/s/ Paul L. Starita*
PAUL L. STARITA
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | Criminal Case No. 08CR0987-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, Paul L. Starita, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of **UNITED STATES' MOTION TO DISMISS COUNTS 1, 3, 5, AND 7 OF INDICTMENT WITHOUT PREJUDICE** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart, Esq.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

N/A

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 16, 2008.

/s/ *Paul L. Starita*
PAUL L. STARITA
Assistant United States Attorney