UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | ) | Criminal Case No. 08CR0987-IEG<br><br>**UNITED STATES' MOTION TO DISMISS COUNTS 1, 3, 5, AND 7 OF INDICTMENT WITHOUT PREJUDICE** |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing thereof,

**IT IS HEREBY ORDERED** that Counts 1, 3, 5, and 7 of the Indictment in the above-entitled case are dismissed without prejudice.

**DATED: May 20, 2008**

[signature]

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**