KAREN P. HEWITT
United States Attorney
PAUL L. STARITA
Assistant U.S. Attorney
California State Bar No. 219573
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6507
Facsimile: (619) 235-2757

Attorneys for Plaintiff
United States of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>MARIO ARMANDO REYES-LOPEZ,<br>Defendant. | Criminal Case No. 08CR0987-IEG<br><br>JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES |

IT IS HEREBY REQUESTED by the parties in the case, plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Paul L. Starita, Assistant United States Attorney, the defendant, MARIO ARMANDO REYES-LOPEZ ("Defendant"), by and through his counsel, L. Marcel Stewart, Esq., and counsel for the material witnesses, Dorothy R. Shelton, Esq., that the three material witnesses currently in the custody of the United States Marshal's Service, namely JUAN MUNOZ-MENDOZA, JORGE MORA-GUTIERREZ, and PEDRO NEGRETE-CARDENAS, be released to the custody of the Department of Homeland Security and immediately returned to their respective country of origin.

The parties agree that the request is appropriate given the Court's acceptance of Defendant's pleas of guilty to Counts 2, 4, 6, and 8 of the Indictment in the above-referenced case on May 12, 2008.

//

//

As such, the undersigned Assistant United States Attorney, Defense Counsel, and Counsel for the Material Witnesses respectfully request that the Court grant this joint motion and enter the appropriate order. A proposed order with respect to this joint motion is being submitted directly to the Court via Judge Gonzalez's e-file e-mail address – efile_gonzalez@casd.uscourts.gov.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: May 29, 2008

/s/ *Paul L. Starita*
PAUL L. STARITA
Assistant U.S. Attorney

Dated: May 29, 2008

/s/ *L. Marcel Stewart*
L. MARCEL STEWART, ESQ.
Defense Counsel

Dated: May 29, 2008

/s/ *Dorothy R. Shelton*
DOROTHY R. SHELTON, ESQ.
Counsel for Material Witnesses

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MARIO ARMANDO REYES-LOPEZ, Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Criminal Case No. 08CR0987-IEG<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, PAUL L. STARITA, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of this Joint Motion to Release Material Witnesses on the following by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. L. Marcel Stewart, Esq.
   Attorney for Defendant

2. Dorothy R. Shelton, Esq.
   Counsel for Material Witnesses

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

1. N/A.

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2008.

*/s/ Paul L. Starita*

PAUL L. STARITA