UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO ARMANDO REYES-LOPEZ,<br><br>Defendant. | Criminal Case No. 08CR0987-IEG<br><br>ORDER GRANTING JOINT MOTION TO RELEASE MATERIAL WITNESSES |

ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the three material witnesses currently in the custody of the United States Marshal's Service, namely JUAN MUNOZ-MENDOZA, JORGE MORA-GUTIERREZ, and PEDRO NEGRETE-CARDENAS, be released to the custody of the Department of Homeland Security and immediately returned to their respective country of origin.

FURTHER, IT IS HEREBY ORDERED that the fourth material witness who is currently free on bond, namely GABRIEL RIVERA-RIVERA, be returned to his respective country of origin once he has turned himself in to the Department of Homeland Security.

**DATED: June 2, 2008**

Irma E. Gonzalez

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**