PLEASE RECEIPT AND RETURN

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

MARIO ARMANDO REYES-LOPEZ
Defendant(s)

CRIMINAL NO. 08 CR 987-IEG

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 JUN -2 P 4:11

On order of the United States District/~~Magistrate Judge,~~

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

JORGE MORA-GUTIERREZ

DATED: JUN 0 2 2008

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by J. Haslam
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95