PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff

vs.

Mario Armando Reyes-Lopez

Defendant(s)

CRIMINAL NO. 08CR987-IEG

ORDER

RELEASING MATERIAL WITNESS

Booking No.

RECEIVED U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA 2008 JUN -2 P 1:

On order of the United States District/~~Magistrate Judge~~,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Juan Munoz-Mendoza

DATED: JUN 0 2 2008

Irma E. Gonzalez

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by J. Haslam

Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95